IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ANGEL LUIS GALLARDO,**

Plaintiff,

v.

**K. GIBBS, et al.,**

Defendants.

Case No. 2:24-cv-02981-JDP

[PROPOSED] ORDER

Defendants filed a motion to opt out of the Court's Post-Screening Early Alternative Dispute Resolution ("ADR") program and request to lift the stay. Good cause having been shown, Defendants' motion is GRANTED. Defendants' responsive pleading is due within 30 days of the date of service of this order. The Court will issue a scheduling order once a responsive pleading is filed.

IT IS SO ORDERED.

Dated:  August 15, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:24-cv-02981-JDP)