UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL LUIS GALLARDO, | Case No. 2:24-cv-2981-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| K. GIBBS, *et al.*, | |
| Defendants. | |

On March 6, 2026, I entered an order directing plaintiff to show cause why this action should not be dismissed for failure to defendants' motion to compel and for sanctions, filed January 15, 2026.[1]  ECF No. 22.  Plaintiff filed a response to my order to show cause, wherein he makes several claims concerning prison restrictions affecting his ability to comply with his discovery obligations.  ECF No. 24.  Defendants have filed a motion seeking leave to file a reply addressing these claims, because they bear on the pending motion to compel.  ECF No. 25.  They state that they can file their reply by April 7, 2026.  Good cause being shown, their motion is granted.

---

[1] Defendants have since submitted an amended motion to compel, ECF No. 23, on March 13, 2026 that remains pending.

1

Accordingly, it is ORDERED that defendants' motion, ECF No. 25, is GRANTED and they may file their reply to plaintiff's response, ECF No. 24, on or before April 7, 2026.

IT IS SO ORDERED.


Dated:    April 3, 2026                          _____

                                                 JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE