UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL LUIS GALLARDO, | Case No. 2:24-cv-2981-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| K. GIBBS, *et. al.*, | |
| Defendants. | |

Defendants have filed motions to compel discovery, compel plaintiff's deposition, and to modify the scheduling order. ECF Nos. 21 & 23. Plaintiff did not file an opposition but, after the issuance of an order to show cause, the issue of outstanding discovery appears to be resolved. ECF No. 28. Defendants still represent, however, that an order compelling plaintiff's deposition and modifying the scheduling order is necessary. *Id.* at 2.

Accordingly, it is ORDERED that:

1. Defendants' motions to compel discovery and modify the scheduling order, ECF Nos. 21 & 23, are GRANTED.

2. The scheduling order is modified as follows: discovery, including any depositions and the filing of any motions to compel, shall be completed June 9, 2026. Dispositive motions are due ninety days from the date of this order's entry on July 9, 2026.

1

3.      Plaintiff is directed to attend and participate in any deposition that defendants schedule during this period of modified discovery.  If he fails to do so, I will recommend that terminating sanctions issue.

IT IS SO ORDERED.


Dated:    April 13, 2026      _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2