UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL LUIS GALLARDO,<br>Plaintiff,<br>v.<br>K. GIBBS,<br>Defendant. | Case No. 2:24-cv-2981-JDP (P)<br><br>ORDER |

Plaintiff has filed a motion for extension of time to file a reply to defendant's motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 38, is GRANTED; and

2. Plaintiff is granted thirty days from this order's issuance in which to file an opposition to defendant's motion.

IT IS SO ORDERED.

Dated: October 13, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE