UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL LUIS GALLARDO,<br>Plaintiff,<br>v.<br>K. GIBBS,<br>Defendant. | Case No. 2:24-cv-2981-JDP (P)<br><br>ORDER |

Defendants moved for summary judgment on July 9, 2026. ECF No. 30. Plaintiff has already been granted two extensions of time to respond to the motion. ECF Nos. 37 & 39. Now, he has moved for an additional ninety days. ECF No. 40. That motion is denied in part. Instead, he shall have a final fourteen-day extension of time. If he fails to file his opposition within that time, I will issue findings and recommendations considering the motion unopposed.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for extension of time, ECF No. 40, is DENIED IN PART.

2. Plaintiff should file his opposition (or statement of non-opposition) to defendants' motion for summary judgment, ECF No. 30, within fourteen days of this order's entry. If he fails to do so, I will construe defendants' motion as unopposed.

IT IS SO ORDERED.

Dated: November 6, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE